| | |
|---|---|
| **FRANK EISENBAND,** | : |
| | : **UNITED STATES DISTRICT COURT** |
| **Plaintiff,** | : **DISTRICT OF NEW JERSEY** |
| | : |
| v. | : **Civil Action No. (17-3404) (FLW)** |
| | : |
| **JOHN C. HEATH, ATTORNEY AT LAW, PLLC,** | : **<u>ORDER</u>** |
| | : |
| **Defendant.** | : |

**THIS MATTER** having come before the Court during a telephone status conference on October 20, 2017; and the Court having conferred with counsel concerning the mediation of this action; and good cause appearing for the entry of the within Order;

**IT IS on this 20th day of October, 2017**

**ORDERED THAT:**

1. All proceedings in this action are hereby stayed in order to facilitate the parties' mediation efforts.

2. The Clerk shall administratively terminate this action from the Court's active docket subject to reinstatement upon the written request of either party.

3. The parties shall submit a joint status report to the Court by **<u>November 27, 2017</u>**.


    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**