Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Amanda Lyn Genovese**
amanda.genovese@troutman.com

January 16, 2019

**BY ECF**

Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NY 08608

**Re:**  ***Eisenband v. John C. Heath, Attorney at Law PLLC d/b/a Lexington Law Firm***
**Civil Action No.: 3:17-cv-03404-FLW-DEA**
**Joint Status Report**

Dear Judge Arpert:

This firm represents Defendant John C. Heath, Attorney at Law PLLC d/b/a Lexington Law Firm ("Lexington") in the above referenced matter.  The parties hereby submit this joint status report for your review, pursuant to the Order entered on December 20, 2018.  (Dkt. No. 33.)

As Your Honor is aware, this matter is currently subject to a pending Motion to Enforce Class Action Settlement Agreement and for Order to Show Cause Against Defendant ("Motion"), which was filed in the United States District Court for the Middle District of Florida on April 13, 2018.  However, the parties have since attended an additional mediation and, as a result, supplemental briefing on the Motion has been stayed.  The parties are in the process of exchanging revisions to a terms sheet and intend to file a Notice of Settlement when the appropriate settlement documentation has been fully executed.

Respectfully submitted,

*/s/ Amanda Lyn Genovese*

Amanda Lyn Genovese

cc:      All Counsel of Record (via ECF)