UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANK EISENBAND, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No.: 3:17-cv-03404-FLW-DEA |
| v. | : : : | **STIPULATION OF DISMISSAL** |
| JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM, a Utah professional limited liability company: | : : : : | |
| Defendant. | : : | |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed, and the claims of other putative class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs, except as may otherwise be agreed to by the parties.

Dated: April 15, 2019

**DeNITTIS OSEFCHEN PRINCE, P.C.**

_____s/ Ross Schmierer_____
Ross H. Schmierer, Esq.
525 Route 73 North, Suite 410
Marlton, NJ 08053
T: (856) 797-9951
F: (856) 797-9958
rschmierer@denittislaw.com
*Attorneys for Plaintiff*

**TROUTMAN SANDERS, LLP**

_____s/ Amanda L. Genovese_____
Amanda L. Genovese, Esq.
875 Third Avenue
New York, NY 10022
T: (212) 704-6227
F: (212) 704-6288
amanda.genovese@troutmansanders.com
*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. Freda L. Wolfson, U.S.D.J.   4-15-19